UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ANDREW SHEA, <br><br> *Plaintiff*, <br><br> v. <br><br> eHEALTH, Inc., *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) No. 21-cv-11777-DJC ) ) ) ) ) |

## JOINT MOTION REGARDING MOTION TO DISMISS BRIEFING

Defendants eHealth Inc. and eHealthInsurance Services, Inc.; GoHealth, Inc.; SelectQuote, Inc.; Humana Inc.; CVS Health Corporation; Aetna Life Insurance Company; Aetna Inc.; and Elevance Health, Inc. intend to move to dismiss the United States of America's Complaint in Partial Intervention (ECF No. 41) (the "Complaint"). Undersigned counsel for Defendants have met and conferred with undersigned counsel for the Government, pursuant to L.R., D. Mass. 7.1(a)(2), and the parties jointly move for the Court to allow them to brief that motion as follows:

1. The Complaint names nine Defendants. Instead of filing nine separate motions with up to 20 substantive pages of briefing each (per L.R., D. Mass. 7.1(b)(1),(4)), Defendants will file up to three memoranda in support of their motions, totaling up to 75 substantive pages in length.

2. Within 60 days after Defendants file the final of their motion(s), the Government may then file the same number of joint memoranda in response to the Defendants' motions, totaling up to 75 substantive pages in length.

3. Within 60 days after the Government files its response(s), the Defendants may then file the same number of reply memoranda in support of their motions, totaling up to 35 pages in length.

The parties believe that briefing in this manner will be most efficient for the Court and for the parties, while still affording the parties sufficient space to appropriately address the Defendants' arguments for dismissal and the Government's responses thereto.

A proposed order accompanies this motion.

Dated: August 12, 2025                                    Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>LEAH B. FOLEY<br>United States Attorney<br><br>*/s/ Charles B. Weinograd* *(by DQG with permission)*<br>Charles B. Weinograd<br>Julien M. Mundele<br>Assistant United States Attorneys<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>Charles.Weinograd@usdoj.gov<br>Julien.Mundele@usdoj.gov<br><br>Jamie Ann Yavelberg<br>Edward C. Crooke<br>David G. Miller<br>Anna H. Jugo<br>Sara B. Hanson<br>Diana E. Curtis<br>Attorneys, Civil Division<br>U.S. Department of Justice<br>175 N Street N.E.<br>Washington, D.C. 20002<br>(202) 305-3231<br>David.G.Miller@usdoj.gov<br><br>*Attorneys for the United States* | */s/ David Quinn Gacioch*<br>Laura McLane (BBO #644573)<br>David Quinn Gacioch (BBO #660784)<br>Mara Theophila (BBO #704763)<br>Natasha Dobrott (BBO #705287)<br>MCDERMOTT WILL & SCHULTE<br>200 Clarendon Street<br>Boston, MA 02116<br>Telephone: (617) 535-4410<br>lmclane@mwe.com<br>dgacioch@mwe.com<br>mtheophila@mwe.com<br>ndobrott@mwe.com<br><br>*Counsel for GoHealth, Inc.*<br><br>*/s/ Zachary R. Hafer* *(by DQG with permission)*<br>Zachary R. Hafer (BBO #569389)<br>Adam M. Katz (BBO #706834)<br>Isabel C. McGrath (BBO #712925)<br>SIMPSON THACHER & BARTLETT LLP<br>855 Boylston Street<br>Boston, MA 02116<br>Telephone: (617) 778-9200<br>zachary.hafer@stblaw.com<br>adam.katz@stblaw.com<br>isabel.mcgrath@stblaw.com<br><br>*Counsel for eHealth, Inc. and eHealthInsurance Services, Inc.* |

<div style="margin-left:50%">

<u>/s/ *Richard Westling*</u> *(by DQG with permission)*
Richard Westling (admitted *pro hac vice*)
PROSKAUER ROSE, LP
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004-2533
Telephone: (202) 416-5876
rwestling@proskauer.com

Erik W. Weibust (BBO #663270)
Clay Lee (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN PC
One Financial Center, Suite 1520
Boston, MA 02111
Telephone: (617) 603-1090
eweibust@ebglaw.com
clee@ebglaw.com

*Counsel for SelectQuote, Inc.*


<u>/s/ *Kelly H. Hibbert*</u> *(by DQG with permission)*
Kelly H. Hibbert (admitted *pro hac vice*)
Michael Shaheen (admitted *pro hac vice*)
Troy Barsky (admitted *pro hac vice*)
Payal Nanavati (admitted *pro hac vice*)
Lauren J.R. Nunez (BBO #687390)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
khibbert@crowell.com
mshaheen@crowell.com
tbarsky@crowell.com
pnanavati@crowell.com
lnunez@crowell.com

*Counsel for Humana Inc.*

</div>

*/s/ Holly Conley* *(by DQG with permission)*
Enu Mainigi (admitted pro hac vice)
Holly Conley (admitted pro hac vice)
Jeffrey Ho (BBO #714047)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC  20024
Tel: (202) 434-5000
EMainigi @wc.com
HConley@wc.com
JHo@wc.com

*Counsel for CVS Health Corp.; Aetna Life Insurance Company; and Aetna Inc.*


*/s/ Lisa M. Noller* *(by DQG with permission)*
Lisa M. Noller (admitted *pro hac vice*)
Patrick J. McMahon (admitted *pro hac vice*)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, Illinois 60654
Tel. 312.832.4500
Fax. 312.832.4700
lnoller@foley.com
pmcmahon@foley.com

Jamie A. Steven (BBO No. 705904)
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, Massachusetts 02199
Tel. 617.342.4000
Fax. 617.342.4001
jsteven@foley.com

*Counsel for Elevance Health, Inc.*

**CERTIFICATE OF COMPLIANCE WITH L.R., D. MASS. 7.1(A)(2)**

I hereby certify that counsel for all parties have met and conferred in good faith regarding the subject matter of this motion, and that those consultations have resulted in the parties' joint proposal to the Court that is outlined in the motion.

                                                 */s/ David Quinn Gacioch*
                                                 David Quinn Gacioch
                                                 Dated: August 12, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be served upon all counsel of record via ECF on the date of this filing.

                                                 */s/ David Quinn Gacioch*
                                                 David Quinn Gacioch
                                                 Dated: August 12, 2025