**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ANDREW SHEA,<br><br>*Plaintiff*,<br><br>v.<br><br>eHEALTH, Inc., *et al.*,<br><br>*Defendants*. | Civil Action No. 21-cv-11777-DJC<br>Hon. Denise J. Casper |

**DEFENDANTS' JOINT MOTION TO DISMISS**
**THE GOVERNMENT'S COMPLAINT IN PARTIAL INTERVENTION**

Defendants eHealth Inc. and eHealthInsurance Services, Inc. (together "eHealth"); CVS Health Corporation; Aetna Life Insurance Company; Aetna Inc.; Humana Inc.; Elevance Health, Inc.; GoHealth, Inc. ("GoHealth"); and SelectQuote, Inc. ("SelectQuote") jointly move, pursuant to Fed. R. Civ. P. 12(b)(6), 8(a), and 9(b), to dismiss all counts of the Government's Complaint in Partial Intervention (ECF No. 41) (the "Complaint"), with prejudice. As grounds for this motion, Defendants rely on three memoranda of law filed contemporaneously herewith:

1. The Memorandum of Law in Support of Defendants' Motion to Dismiss the Government's Complaint in Partial Intervention sets forth multiple, independent reasons for dismissal of all counts in the Complaint that apply to all Defendants named in the Complaint.[1]

2. The TPMO Defendants' Supplemental Memorandum of Law in Support of Motion to Dismiss the Government's Complaint in Partial Intervention sets forth

---

[1] If Count VIII of the Complaint (claiming unjust enrichment) were to survive dismissal, notwithstanding Defendants' arguments, the Court should at least strike the Government's demand for a jury trial as to that claim for reasons also set forth in this memorandum of law.

additional, independent grounds for dismissal of the Government's claims against eHealth, GoHealth, and SelectQuote.[2]

3. CVS Health Corporation and Aetna Inc.'s Supplemental Memorandum of Law in Support of Motion to Dismiss the Government's Complaint in Partial Intervention sets forth additional, independent grounds for dismissal of the Government's claims against CVS Health Corporation and Aetna Inc.

A proposed order accompanies this motion.

## REQUEST FOR ORAL ARGUMENT

Defendants request oral argument on this Motion. Defendants understand that the Court has scheduled oral argument for January 21, 2026.

Dated:  August 19, 2025

Respectfully submitted,

/s/ Zachary R. Hafer
Zachary R. Hafer (BBO #569389)
Adam M. Katz (BBO #706834)
Isabel C. McGrath (BBO #712925)
SIMPSON THACHER & BARTLETT LLP
855 Boylston Street
Boston, MA 02116
Telephone: (617) 778-9200
zachary.hafer@stblaw.com
adam.katz@stblaw.com
isabel.mcgrath@stblaw.com
*Counsel to eHealth, Inc. and*
*eHealthInsurance Services, Inc.*

/s/ Holly M. Conley
Enu Mainigi (*pro hac vice*)
Kenneth Brown (*pro hac vice* pending)
Holly M. Conley (*pro hac vice*)
Benjamin Hazelwood (*pro hac vice* pending)
Jeffrey G. Ho (BBO #714047)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
emainigi@wc.com
kbrown@wc.com
hconley@wc.com
bhazelwood@wc.com
jho@wc.com
*Counsel to CVS Health Corporation, Aetna*
*Life Insurance Company, and Aetna Inc.*

---

[2] TPMO stands for "third-party marketing organization," as defined at 42 C.F.R. § 422.2260.  The TPMO Defendants in this case are eHealth, GoHealth, and SelectQuote.

*/s/ Richard Westling*
Richard Westling (*pro hac vice*)
PROSKAUER ROSE, LP
1001 Pennsylvania Ave., NW, Suite 600 South
Washington, DC 20004
Telephone: (202) 416-5876
rwestling@proskauer.com
*Counsel to SelectQuote, Inc.*

*/s/ Kelly H. Hibbert*
Kelly H. Hibbert (*pro hac vice*)
Michael Shaheen (*pro hac vice*)
Troy Barsky (*pro hac vice*)
Payal Nanavati (*pro hac vice*)
Lauren J.R. Nunez (BBO #687390)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
khibbert@crowell.com
mshaheen@crowell.com
tbarsky@crowell.com
pnanavati@crowell.com
lnunez@crowell.com
*Counsel to Humana Inc.*

*/s/ Lisa M. Noller*
Lisa M. Noller (*pro hac vice*)
Patrick J. McMahon (*pro hac vice*)
Jamie Steven (BBO #705904)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, Illinois 60654
Telephone: (312) 832-4500
lnoller@foley.com
pmcmahon@foley.com
*Counsel to Elevance Health, Inc.*

*/s/ Erik W. Weibust*
Erik W. Weibust (BBO #663270)
Clay Lee (*pro hac vice*)
EPSTEIN BECKER & GREEN PC
One Financial Center, Suite 1520
Boston, MA 02111
Telephone: (617) 603-1090
eweibust@ebglaw.com
clee@ebglaw.com
*Counsel to SelectQuote, Inc.*

*/s/ Laura McLane*
Laura McLane (BBO #644573)
David Gacioch (BBO #660784)
Mara Theophila (BBO #704763)
Natasha Dobrott (BBO #705287)
MCDERMOTT WILL & SCHULTE LLP
200 Clarendon Street, 58th Floor
Boston, MA 02116
Telephone: (617) 535-4410
lmclane@mwe.com
dgacioch@mwe.com
mtheophila@mwe.com
ndobrott@mwe.com
*Counsel to GoHealth, Inc.*

3

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Defendants conferred in good faith with counsel for the Government regarding the foregoing motion in an effort to resolve or narrow the issues contained therein.

>
> */s/ Zachary R. Hafer*
> Zachary R. Hafer
> Dated: August 19, 2025

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF on August 19, 2025.

*/s/ Zachary R. Hafer*
Zachary R. Hafer
Dated: August 19, 2025
