**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ANDREW SHEA, <br><br>                 *Plaintiff,* <br><br>      v. <br><br> eHEALTH, Inc., *et al.,* <br><br>                 *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. 21-cv-11777-DJC<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' JOINT MOTION TO EXTEND ANSWER DEADLINES**

Defendants eHealth Inc. and eHealthInsurance Services, Inc.; GoHealth, Inc.; SelectQuote, Inc.; Humana Inc.; CVS Health Corporation; Aetna Life Insurance Company; Aetna Inc.; and Elevance Health, Inc. hereby jointly move to extend the time in which they may answer the United States of America (the "Government")'s Complaint in Partial Intervention (ECF No. 41) (the "Complaint") to May 22, 2026.

In support of their joint motion, Defendants state:

1. On January 13, 2025—after a multi-year investigation with Relator Andrew Shea's original *Qui Tam* Complaint (ECF No. 1) under seal—the Government filed a notice of election to partially intervene in the case (ECF No. 34).

2. Three and a half months later, on May 1, 2025, the Government filed its Complaint. The eight-count Complaint spans 213 pages and nearly 900 paragraphs.

3. On or about June 27, 2025, nearly two months after filing its Complaint, the Government requested waivers of service from Defendants, pursuant to Fed. R. Civ. P. 4(d) (ECF Nos. 46, 49, 52, 65, 68, 70, 71, 78–85). Defendants promptly agreed to waive service, obligating them to file answers or Rule 12(b) motions by August 26, 2025 (Id.).

4. On August 19, 2025, Defendants jointly moved to dismiss the Complaint (ECF Nos. 114–117). The parties fully briefed and argued that joint motion between then and January (ECF Nos. 114–117, 120–122, 128–130, 143). The Court ruled on Defendants' joint motion on March 25, 2026—dismissing Count VIII of the Complaint but otherwise denying the motion (ECF No. 147).

5. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendants now have until April 8, 2026— fourteen days after the Court's disposition of the joint motion to dismiss—to file their answers to the surviving allegations and counts in the Complaint. Given the extended length and complexity of the Complaint, that default fourteen-day period provides insufficient time for Defendants to appropriately prepare and file answers.

6. Defendants therefore respectfully request an extension of their answer deadlines by 44 additional days to May 22, 2026, which would afford each of them a total of 58 days to prepare and file an answer following the Court's disposition of the motion to dismiss.

7. Defendants' requested extension is reasonable. The Complaint is lengthy (over 200 pages and nearly 900 paragraphs) and Defendants need adequate time to prepare their answers and affirmative defenses to it.

8. Defendants' requested extension will not prejudice the Government or any other party, especially in light of the extended time the Government already has taken: (a) to conduct its investigation while the Relator's original *Qui Tam* Complaint, filed on November 2, 2021, remained under seal (more than three years); (b) to prepare and file its own Complaint after electing to partially intervene (more than three months); and (c) to seek waivers of service from Defendants after filing its

Complaint (nearly two months). Defendants here simply request a proportional amount of time to prepare their responsive pleadings.

9. Defendants have sought the Government's assent to the extension requested herein. The Government has advised that it does not assent to the proportional extension Defendants seek and instead assents only to an additional fourteen days (until April 22nd) for Defendants to answer. Given the length and complexity of the Complaint, this would unfairly prejudice Defendants by providing them with insufficient time to appropriately prepare and file answers.

For all of these reasons, Defendants respectfully move for enlargement of their answer deadlines to May 22, 2026.

Dated: April 1, 2026                                    Respectfully submitted,


*/s/ David Quinn Gacioch*                              */s/ Zachary R. Hafer (by DQG with permission)*
Laura McLane (BBO #644573)                     Zachary R. Hafer (BBO #569389)
David Quinn Gacioch (BBO #660784)         Adam M. Katz (BBO #706834)
Mara Theophila (BBO #704763)                  Timothy J. Conklin (BBO # 710857)
Natasha Dobrott (BBO #705287)                 Isabel C. McGrath (BBO #712925)
MCDERMOTT WILL & SCHULTE LLP          SIMPSON THACHER & BARTLETT LLP
200 Clarendon Street, 58th Floor                  855 Boylston Street
Boston, MA 02116                                       Boston, MA 02116
Telephone: (617) 535-4410                           Telephone: (617) 778-9200
lmclane@mcdermottlaw.com                        zachary.hafer@stblaw.com
dgacioch@ mcdermottlaw.com                      adam.katz@stblaw.com
mtheophila@ mcdermottlaw.com                   timothy.conklin@stblaw.com
ndobrott@ mcdermottlaw.com                      isabel.mcgrath@stblaw.com

*Counsel to GoHealth, Inc.*                            *Counsel to eHealth, Inc. and*
                                                                *eHealthInsurance Services, Inc.*

*/s/ Lisa M. Noller* (by DQG with permission)
Lisa M. Noller (admitted *pro hac vice*)
Patrick J. McMahon (admitted *pro hac vice*)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, Illinois 60654
Tel. 312.832.4500
Fax. 312.832.4700
lnoller@foley.com
pmcmahon@foley.com

Jamie A. Steven (BBO No. 705904)
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, Massachusetts 02199
Tel. 617.342.4000
Fax. 617.342.4001
jsteven@foley.com

*Counsel to Elevance Health, Inc.*

*/s/ Kelly H. Hibbert* (by DQG with permission)
Kelly H. Hibbert (pro hac vice)
Michael Shaheen (pro hac vice)
Troy Barsky (pro hac vice)
Payal Nanavati (pro hac vice)
Lauren J.R. Nunez (BBO #687390)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
khibbert@crowell.com
mshaheen@crowell.com
tbarsky@crowell.com
pnanavati@crowell.com
lnunez@crowell.com

Jonathan L. Kotlier (BBO # 545491)
NUTTER, MCCLENNEN & FISH, LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone: (617) 439-2000
jkotlier@nutter.com

*Counsel for Humana Inc.*

*/s/ Richard Westling* (by DQG with permission)
Richard Westling (admitted *pro hac vice*)
PROSKAUER ROSE, LP
1001 Pennsylvania Ave., NW, Suite 600 South
Washington, DC 20004
Telephone: (202) 416-5876
rwestling@proskauer.com

Erik W. Weibust (BBO #663270)
Clay Lee (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN PC
One Financial Center, Suite 1520
Boston, MA 02111
Telephone: (617) 603-1090
eweibust@ebglaw.com
clee@ebglaw.com

*Counsel to SelectQuote, Inc.*

*/s/ Holly M. Conley* (by DQG with permission)
Enu Mainigi (pro hac vice)
Kenneth Brown (pro hac vice)
Holly M. Conley (pro hac vice)
Benjamin Hazelwood (pro hac vice)
Jeffrey G. Ho (BBO #714047)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
emainigi@wc.com
kbrown@wc.com
hconley@wc.com
bhazelwood@wc.com
jho@wc.com

*Counsel to CVS Health Corporation, Aetna Life Insurance Company, and Aetna Inc.*

## CERTIFICATE OF COMPLIANCE WITH L.R., D. MASS. 7.1(A)(2)

I hereby certify that counsel for all parties have met and conferred in good faith regarding the subject matter of this motion, but have been unable to resolve the issues addressed.

/s/ David Quinn Gacioch
David Quinn Gacioch
Dated: April 1, 2026

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be served upon all counsel of record via ECF on the date of this filing.

/s/ David Quinn Gacioch
David Quinn Gacioch
Dated: April 1, 2026