**UNITED STATES DISTRICT COURT**
**OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANDREW SHEA, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 21-cv-11777-DJC |
| eHEALTH, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE AND CHANGE OF FIRM AFFILIATION OF KELLY H. HIBBERT

Please enter the appearance of Kelly H. Hibbert, whose admission *pro hac vice* was granted in Dkt. No. 88, in the above-captioned matter as counsel for Defendant Humana Inc. Defendant Humana Inc. also respectfully notifies the Court that Ms. Hibbert is now affiliated with Bass, Berry & Sims PLC and that her contact information is as follows:

Kelly H. Hibbert
BASS, BERRY & SIMS PLC
1201 Pennsylvania Avenue NW, Suite 300
Washington, D.C. 20004
Telephone: (202) 827-2992
kelly.hibbert@bassberry.com

Dated this 14th day of May, 2026.

Respectfully submitted,

*/s/ Kelly H. Hibbert*
Kelly H. Hibbert (admitted *pro hac vice*)
**BASS, BERRY & SIMS PLC**
1201 Pennsylvania Avenue NW, Suite 300
Washington, D.C. 20004
Telephone: (202) 827-2992
kelly.hibbert@bassberry.com

Lauren J.R. Nunez (BBO #687390)
Michael Shaheen (admitted *pro hac vice*)

Troy Barsky (admitted *pro hac vice*)
Payal Nanavati (admitted *pro hac vice*)
**CROWELL & MORING LLP**
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
lnunez@crowell.com
mshaheen@crowell.com
tbarsky@crowell.com
pnanavati@crowell.com

Jonathan L. Kotlier (BBO #545491)
Mariel T. Smith (BBO #707742)
**NUTTER, MCLENNEN & FISH, LLP**
Seaport West, 155 Seaport Blvd.
Boston, MA 02110
Telephone: (617) 439-2000
jkotlier@nutter.com
msmith@nutter.com

*Counsel to Humana Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14th, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the registered participants in this matter as identified on the Notice of Electronic Filing.

*/s/ Kelly H. Hibbert*

3