**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ANDREW SHEA,<br>*Plaintiff*,<br><br>v.<br><br>eHEALTH, Inc., *et al.*,<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    **Civil Action No. 21-cv-11777-DJC**

## ANSWER OF EHEALTH INC. AND EHEALTHINSURANCE SERVICES, INC. TO THE UNITED STATES' COMPLAINT IN PARTIAL INTERVENTION

Defendants eHealth Inc. and eHealthInsurance Services, Inc. (together, "eHealth"), by and through its undersigned counsel, hereby provide the following Answer to the United States of America's Complaint in Partial Intervention (the "Complaint"):

eHealth submits this Answer solely with respect to the claims, allegations, and requests for relief that remain pending following the Court's March 25, 2026 Order. *See* Mem. & Order on Defs.' Mot. Dismiss, Dkt. No. 147. Accordingly, eHealth answers only the allegations relevant to the claims and theories that remain at issue. To the extent that any allegation is directed solely at a dismissed claim, dismissed theory, or dismissed request for relief, no response is required; to the extent that a response is later deemed required to any dismissed allegation, eHealth denies such allegation.

Any allegation not explicitly admitted is denied. eHealth does not, by noting or admitting that the Complaint purports to characterize or quote particular documents, admit the truth of any assertion in the referenced document or admit that the Complaint accurately represents or quotes from such documents (none of which are attached to the Complaint). Moreover, the Complaint

contains headings and a preliminary statement which are not set forth in numbered allegations and are thus not substantive allegations to which an answer is required. *See* Fed. R. Civ. P. 10(b) ("A party must state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances."). To the extent that headings are substantive allegations to which an answer is required, eHealth denies the allegations. To the extent that the preliminary statement is deemed to include substantive allegations, then eHealth denies the allegations. eHealth further objects to the 217-page Complaint's contravention of federal pleading standards, including the requirement to offer a "short and plain statement" of claims, to ensure that "[e]ach allegation must be simple, concise, and direct," to avoid impermissible group pleading, and to so far as possible limit each numbered paragraph "to a single set of circumstances." Fed. R. Civ. P. 8(a)(2), 8(d)(1), 10(b). eHealth reserves the right to amend its Answer in the event it misconstrued the intended meaning of any of the Complaint's allegations.

## Jurisdiction and Venue

1.      Admitted.

2.      Denied as to the parts of this paragraph which are conclusions of law and for which no response is required. This paragraph contains allegations against parties other than eHealth, and thus no response is required. Admitted only that eHealth maintained an office in Westford, Massachusetts, and that this Court may exercise jurisdiction over it.

3.      Denied as a conclusion of law to which no response is required. To the extent a response is required, eHealth admits this Court has venue over this action.

## Parties

4.      Admitted.

5.      eHealth admits that Relator is a former employee and that he filed an action in this Court allegation violations of the FCA on behalf of himself and the United States.  eHealth lacks knowledge or information sufficient to form a belief as to the truth of the allegation concerning Relator's residence.  The remaining allegations consist of legal conclusions to which no response is required.

6.      This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

7.      This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

8.      This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

9.      This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

10.     This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

11.     This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

12.     This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

13.     Admitted in part; denied in part.  eHealth admits that eHealth, Inc. is a Delaware corporation headquartered in Indianapolis, Indiana.  eHealth denies that eHealth, Inc. is a licensed insurance agency and that eHealth, Inc.'s services include providing information regarding Medicare Advantage and other health insurance plans online and by telephone.  To the extent the

Complaint's use of "sells" connotes improper influence over beneficiaries, or any other unlawful conduct, the allegations are denied.

14.     Admitted.  eHealthInsurance Services, Inc. is a licensed insurance agency that sells Medicare Advantage and other health insurance plans online and by telephone.

### Legal Framework and Industry Background

15.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, eHealth admits that the FCA was enacted in 1863.  eHealth otherwise denies the allegations in Paragraph 15.

16.     Denied as a conclusion of law to which no response is required.  To the extent a response is required, eHealth admits that 31 U.S.C. § 3729(a)(1) contains the quoted language but otherwise denies the allegations in Paragraph 16.

17.     Denied as a conclusion of law to which no response is required.  To the extent a response is required, eHealth admits 31 U.S.C. § 3729(a)(1) contains the quoted language but otherwise denies the allegations in Paragraph 17.

18.     Denied as a conclusion of law to which no response is required.  To the extent a response is required, eHealth admits that 31 U.S.C. § 3729(b)(2) contains the quoted language but otherwise denies the allegations in Paragraph 18.

19.     Denied as a conclusion of law to which no response is required.  To the extent a response is required, eHealth admits that 31 U.S.C. § 3729(b)(4) contains the quoted language but otherwise denies the allegations in Paragraph 19.

20.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, eHealth admits that 89 Fed. Reg. 9764 (Feb. 12, 2024) contains the penalties referenced but otherwise denies the allegations in Paragraph 20.

21.    eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, eHealth admits that the AKS was enacted in 1972 but otherwise denies the allegations in Paragraph 21.

22.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, eHealth admits that the AKS was amended in 1977, 1987, and 2010, but otherwise denies the allegations in Paragraph 22.

23.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, eHealth admits that 42 U.S.C. § 1320a-7b(b) contains the quoted language but otherwise denies the allegations in Paragraph 23.

24.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, eHealth admits that 42 U.S.C. § 1320a-7b(b)(1) contains the quoted language but otherwise denies the allegations in Paragraph 24.

25.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, eHealth admits that 42 U.S.C. § 1320a-7b(b)(2) contains the quoted language but otherwise denies the allegations in Paragraph 25.

26.    Denied as a conclusion of law to which no response is required.  Further, the section of the United States Code cited speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied.

27.     Denied as a conclusion of law to which no response is required.  To the extent a response is required, eHealth admits that 42 U.S.C. § 1320a-7b(f) contains the quoted language but otherwise denies the allegations in Paragraph 27.

28.     Denied as a conclusion of law to which no response is required.  To the extent a response is required, eHealth admits that 42 U.S.C. § 1320a-7b(h) contains the quoted language but otherwise denies the allegations in Paragraph 28.

29.     Denied as a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

30.     eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, eHealth admits that 42 U.S.C. § 1320a-7b(g) contains the quoted language but otherwise denies the allegations in Paragraph 30.

31.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

32.     Denied as a conclusion of law to which no response is required.  Further, the section of the United States Code cited speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied.

33.     eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.

34.     Admitted.

35.    Admitted.

36.    Admitted.

37.    Admitted.

38.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

39.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

40.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

41.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

42.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

43.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

44.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

45.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

46.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

47.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

48.    To the extent this paragraph contains conclusions of law, no response is required. To the extent a response is required, eHealth admits that a beneficiary may switch plans but otherwise denies the allegations in Paragraph 48.

49.    To the extent this paragraph contains conclusions of law, no response is required. To the extent a response is required, eHealth admits that a beneficiary may disenroll from a plan but otherwise denies the allegations in Paragraph 49.

50.    eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required.  To the extent a

response is required, eHealth admits that beneficiaries' complaints to CMS may relate to conduct by eHealth but otherwise denies the allegations in Paragraph 50.

51.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

52.    Admitted.

53.    eHealth admits that it sells multiple MAOs' plans but is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.

54.    Admitted in part; denied in part.  It is admitted that eHealth creates and publishes advertisements, including on television, in mailers, in collaboration with medical providers, and on the internet.  The remaining allegations in paragraph 54 that relate to eHealth are denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.

55.    eHealth admits that its marketing included advertisements that were not specific to a particular MAO.  eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations concerning parties other than eHealth, and therefore such allegations are denied.

56.    eHealth admits that beneficiaries contacted it by telephone but lacks sufficient information to form a belief about the truth of the remaining allegations related to eHealth.  eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations concerning parties other than eHealth, and therefore allegations are denied.

57.     eHealth admits that it purchased leads from third parties.  eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations concerning parties other than eHealth, and therefore such allegations are denied.

58.     eHealth admits that it made telephone and online sales and gathered information from beneficiaries while making those sales but is otherwise without information sufficient to form a belief as to the truth or falsity of the remaining allegations concerning eHealth.  eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations concerning parties other than eHealth, and therefore such allegations are denied.

59.     eHealth admits that it implemented protocols to ensure that beneficiaries' calls were routed to an appropriate call center agent but otherwise denies the remaining allegations concerning eHealth.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.

60.     eHealth admits that it used a multi-factor process to connect an incoming call to a call center agent but otherwise denies the allegations.

61.     eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth otherwise denies the remaining allegations in Paragraph 61.

62.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations or to confirm the accuracy of the quotation.  To the extent a response is required, the allegations are denied.

63.     This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

64. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

65. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

66. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

67. eHealth admits that 73 Fed. Reg. 28556, 28583 (May 16, 2008) contains the quoted language but otherwise denies the remaining allegations in Paragraph 67.

68. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is required, the allegations are denied.

69. eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the communications. eHealth otherwise denies the allegations in Paragraph 69.

70. eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the communications. eHealth otherwise denies the allegations in Paragraph 70.

71. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

72. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

73. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

74.     This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

75.     Denied as a conclusion of law to which no response is required. To the extent a response is required, eHealth admits that 42 C.F.R. § 422.2274(c) contains the quoted language but otherwise denies the allegations in Paragraph 75.

76.     eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, eHealth admits that 42 U.S.C. § 1395w-21(j)(2)(D) contains the quoted language but otherwise denies the allegations in Paragraph 76.

77.     eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, eHealth admits that 42 C.F.R. § 422.2274(a) (2021) contains the quoted language but otherwise denies the allegations in Paragraph 77.

78.     Denied as a conclusion of law to which no response is required.  To the extent a response is required, eHealth admits that 42 C.F.R. § 422.2274(d)(3) (2021) contains the quoted language but otherwise denies the allegations in Paragraph 78.

79.     eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, eHealth admits that MAOs could pay it for administrative services but otherwise denies the allegations in Paragraph 79.

80.     To the extent this paragraph contains conclusions of law, no response is required. To the extent a response is required, eHealth admits that 42 C.F.R. § 422.2274(b)(1)(iv) (2020) contains the quoted language but otherwise denies the allegations in Paragraph 80.

81.     To the extent this paragraph contains conclusions of law, no response is required. To the extent a response is required, eHealth admits that the cited regulations contain the quoted language but otherwise denies the allegations in Paragraph 81.

82.     To the extent this paragraph contains conclusions of law, no response is required. To the extent a response is required, eHealth admits that 86 Fed. Reg. 5864, 5994 (Jan. 19, 2021) contains the quoted language but otherwise denies the allegations in Paragraph 82.

83.     To the extent this paragraph contains conclusions of law, no response is required. To the extent a response is required, eHealth admits that the cited regulations contain the quoted language but otherwise denies the allegations in Paragraph 83.

84.     eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, eHealth admits that the cited regulation and statute contain the quoted language but otherwise denies the allegations in Paragraph 84.

85.     eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, eHealth admits the cited statutes and regulation contain the quoted language but otherwise deny the allegations in Paragraph 85.

86.    eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, eHealth admits that the cited regulation and statute contain the quoted language but otherwise deny the allegations in Paragraph 86.

87.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, eHealth admits that the cited regulation provides a Listing of Impairments but otherwise denies the allegations in Paragraph 87.

88.    Denied as a conclusion of law to which no response is required.  Further, the sections of the United States Code cited speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.

89.    Denied as a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied, eHealth admits that the cited statute contains the quoted language but otherwise denies the allegations in Paragraph 89.

90.    eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, eHealth admits that the cited regulation contains the quoted language but otherwise denies the allegations in Paragraph 90.

91.    eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required.  To the extent a

response is required, eHealth admits that the cited regulation contains the quoted language but otherwise denies the allegations in Paragraph 91.

92. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

93. Denied as a conclusion of law to which no response is required. To the extent a response is required, eHealth admits that the cited regulation contains the quoted language but otherwise denies the allegations in Paragraph 93.

94. Denied as a conclusion of law to which no response is required. To the extent a response is required, eHealth admits that the cited regulations contain the quoted language but otherwise denies the allegations in Paragraph 94.

95. Denied as a conclusion of law to which no response is required. To the extent a response is required, eHealth admits that the cited regulation contains the quoted language but otherwise denies the allegations in Paragraph 95.

96. Denied as a conclusion of law to which no response is required. To the extent a response is required, eHealth admits that the cited regulations contain the quoted language but otherwise deny the allegations in Paragraph 96.

97. Denied.

98. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. To the extent a response is required, the allegations are denied.

99. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

100.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

101.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

102.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

103.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

104.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

105.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

106.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

107.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

108.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

109.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

110.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

111.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

112.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

113.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

114.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

115.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

116.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

117.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

118.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

119.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

120. This paragraph contains allegations against parties other than eHealth, and thus no response is required.

121. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

122. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

123. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

124. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

125. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

126. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

127. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

128. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

129. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

130. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

131. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

132. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

133. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

134. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

135. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

136. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

137. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

138. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

139. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

140. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

141. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

142.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

143.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

144.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

145.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

146.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

147.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

148.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

149.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

150.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

151.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

152.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

153.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

154.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

155.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

156.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

157.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

158.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

159.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

160.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

161.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

162.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

163.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

164.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

165.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

166.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

167.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

168.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

169.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

170.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

171.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

172.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

173.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

174.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

175. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

176. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

177. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is required, the allegations are denied.

178. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

179. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

180. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

181. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

182. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

183. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

184. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

185. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

186. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

187. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

188. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

189. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

190. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

191. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

192. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

193. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

194. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

195. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

196. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

197.   This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

198.   This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

199.   This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

200.   This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

201.   This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

202.   This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

203.   This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

204.   This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

205.   This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

206.   This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

207.   This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

208.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

209.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

210.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

211.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

212.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

213.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

214.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

215.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

216.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

217.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

218.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

219. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

220. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

221. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

222. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

223. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

224. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

225. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

226. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

227. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

228. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

229. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

230. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

231. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

232. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

233. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

234. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

235. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

236. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

237. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

238. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

239. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

240. This paragraph contains allegations against parties other than eHealth, and thus no response is required. To the extent a response is required, the allegations are denied.

241.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

242.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

243.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

244.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

245.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

246.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

247.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

248.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

249.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

250.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

251.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

252.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

253.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

254.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

255.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

256.    This paragraph contains allegations against parties other than eHealth, and thus no response is required.  To the extent a response is required, the allegations are denied.

257.    Admitted in part; denied in part.  eHealth admits that Humana and eHealth entered into contractual business agreements during the relevant period.  eHealth also admits that it maintained a website related to Humana.  eHealth lacks knowledge or information sufficient to form a belief as to any specific amount of payment.  The referenced documents otherwise speak for themselves, and all characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.  The remaining allegations of Paragraph 257 are denied.

258.    Admitted in part; denied in part.  It is admitted that eHealth maintained a website related to Humana.  The remaining allegations and characterizations of Paragraph 258 are denied. To the extent this paragraph contains conclusions of law, no response is required.

259.    Admitted in part; denied in part.  It is admitted that eHealth hosted a website related to UnitedHealthcare.  The remaining allegations and characterizations of Paragraph 259 are denied.

260.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, eHealth admits that the referenced communication of Chris Hakim contains the quoted language but denies all remaining allegations in Paragraph 260.

261.    Admitted in part; denied in part.  eHealth admits that it received payments from Humana but lacks knowledge or information sufficient to form a belief as to a specific amount of payment.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 261 are denied.

262.    Admitted in part; denied in part.  eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning the timing or amount of any payments.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 262 are denied.

263.    Admitted in part; denied in part.  eHealth admits the referenced communication contains the quoted language but denies the allegation accurately or fully characterizes the document.  The referenced documents speak for themselves, and therefore all characterizations of

them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 263 are denied.

264.    Admitted in part; denied in part.  eHealth admits that the referenced communication contains the quoted language but denies the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 264 are denied.

265.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 265 are denied.

266.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 266 are denied.

267.    Admitted in part; denied in part.  eHealth admits that it received payments from Humana but lacks knowledge or information sufficient to form a belief as to a specific amount of payment.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The

referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 267 are denied.

268.    Admitted in part; denied in part.  eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 268 are denied.

269.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 269 are denied.

270.    Denied.   eHealth lacks knowledge or information sufficient to form a belief regarding those allegations.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 270 are denied.

271.    Admitted in part; denied in part.  eHealth admits that the referenced communication contains the quoted language but denies the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.

The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 271 are denied.

272.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 272 are denied.

273.    Admitted in part; denied in part.  eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 273 are denied.

274.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 274 are denied.

275.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 275 are denied.

276.    Denied.  eHealth lacks knowledge or information sufficient to form a belief as to the truth of the allegations.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

277.    Denied.  eHealth lacks knowledge or information sufficient to form a belief as to the truth of the allegations.  The referenced document speaks for itself, and any characterizations

of it are therefore denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 277 are denied.

278. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 278 are denied.

279. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied.

280. Admitted in part; denied in part. eHealth admits that the referenced document contains the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied.

281. Admitted in part; denied in part. eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied.

282.    Admitted in part; denied in part. eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 282 are denied.

283.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 283 are denied.

284.    Admitted in part; denied in part. eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 284 are denied.

285.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 285 are denied.

286.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 286 are denied.

287. Admitted in part; denied in part. eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations and therefore such allegations are denied. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 287 are denied.

288. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced transcript speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

289. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced text message speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 289 are denied.

290. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 290 are denied.

291. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  The referenced text messages speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

292.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced document and recording speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

293.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

294.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 294 are denied.

295.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 295 are denied.

296.    Admitted in part; denied in part.  eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the

document.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 296 are denied.

297.    Admitted in part; denied in part.  eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.    All remaining allegations in Paragraph 297 are denied.

298.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 298 are denied.

299.    Admitted in part; denied in part.  eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 299 are denied.

300.    Admitted in part; denied in part.    eHealth admits that the referenced communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.    The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

301.    Admitted in part; denied in part.    eHealth admits that the referenced communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.    The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

302.    Admitted in part; denied in part.    eHealth admits that the referenced communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 302 are denied.

303.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced transcript speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 303 are denied.

304.    Admitted in part; denied in part.    eHealth admits that the referenced communications contain the quoted language but denies that the allegation accurately or fully

characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

305.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. To the extent a response is required, the allegations are denied.

306.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is required, the allegations are denied.

307.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced agreements speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 307 are denied.

308.    Admitted in part; denied in part. eHealth admits that it used the term "U65" as shorthand for, among other things, individuals who were under the age of sixty-five years old and eligible for Medicare based on a disability. eHealth also used the term "U65" to refer to the non-Medicare-eligible population. eHealth denies the remaining allegations that relate to eHealth. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is required, the allegations are denied.

309.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

310.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

311.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

312.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

313.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 313 are denied.

314.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

315.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

316.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

317.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

318.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

319.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

320.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

321.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced testimony speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

322.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced testimony speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

323.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

324.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

325.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

326.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

327. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

328. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is required, the allegations are denied.

329. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

330. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

331. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

332. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

333.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

334.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced testimony and documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

335.    Admitted in part; denied in part.  eHealth admits that the referenced communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 335 are denied.

336.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 336 are denied.

337. Admitted in part; denied in part. eHealth admits that the referenced communications contain the quoted language but denies that the allegation accurately or fully characterizes the document. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

338. Admitted in part; denied in part. eHealth admits that the referenced communications contain the quoted language but denies that the allegation accurately or fully characterizes the document. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

339. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 339 are denied.

340. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

341. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

342. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced document speaks for itself, and any characterizations of it are therefore denied.

343.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

344.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

345.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

346.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

347.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

348.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

349. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

350. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

351. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

352. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

353. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

354.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

355.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 355 are denied.

356.    Admitted in part; denied in part.    eHealth admits that the referenced communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

357.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 357 are denied.

358.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

359.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

360.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

361.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

362.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

363.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

364.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

365.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

366.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

367.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

368.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

369.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

370. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

371. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 371 are denied.

372. Admitted in part; denied in part. eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 372 are denied.

373. Admitted in part; denied in part. eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 373 are denied.

374.   Admitted in part; denied in part.  eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

375.   Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

376.   Admitted in part; denied in part.  eHealth admits that the quoted document contains the quoted language but denies that the allegation accurately or fully characterizes the document. The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 376 are denied.

377.   Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 377 are denied.

378.   Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the

extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 378 are denied.

379.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 379 are denied.

380.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 380 are denied.

381.    Admitted in part; denied in part.  eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

382.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

383.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

384.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

385.    Admitted in part; denied in part.  eHealth admits that the referenced communication by an eHealth employee contains the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 385 are denied.

386.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 386 are denied.

387.    Admitted in part; denied in part.  eHealth admits that it received payments from Aetna but is without information sufficient to form a belief as to the truth or falsity of the amount

of payments and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 387 are denied.

388.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 388 are denied.

389.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 389 are denied.

390.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 390 are denied.

391.    Admitted in part; denied in part. eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. The referenced documents speak for themselves, and any characterizations of them are therefore denied.

392.    Admitted in part; denied in part. eHealth admits that the referenced email contains the quoted language but denies that the allegation accurately or fully characterizes the document. The referenced documents and testimony speak for themselves, and any characterizations of them are therefore denied.

393.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 393 are denied.

394.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 394 are denied.

395.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 395 are denied.

396.    Admitted in part; denied in part. eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations. Further, the referenced documents speak for themselves, and therefore

all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 396 are denied.

397. Admitted in part; denied in part. eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 397 are denied.

398. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 398 are denied.

399. Admitted in part; denied in part. eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 399 are denied.

400. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of

them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 400 are denied.

401.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced testimony speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 401 are denied.

402.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 402 are denied.

403.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents and testimony speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 403 are denied.

404.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 404 are denied.

405.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.    The referenced documents and testimony speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 405 are denied.

406.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 406 are denied.

407.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 407 are denied.

408.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 408 are denied.

409.    Admitted in part; denied in part.  eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  The referenced documents speak for themselves, and therefore all characterizations of

them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 409 are denied.

410. Admitted in part; denied in part. eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 410 are denied.

411. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 411 are denied.

412. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 412 are denied.

413. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 413 are denied.

414.   Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 414 are denied.

415.   Admitted in part; denied in part.   eHealth admits that the referenced communications contain the quoted language but denies that the allegation accurately or fully characterizes the documents.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.   The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 415 are denied.

416.   Admitted in part; denied in part. eHealth admits that the referenced communication from Mr. Kinkead contains the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations and therefore such allegations are denied.   The referenced documents and recording speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 416 are denied.

417.   Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a

response is required, the allegations are denied. All remaining allegations in Paragraph 417 are denied.

418.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 418 are denied.

419.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 419 are denied.

420.    Admitted in part; denied in part. eHealth admits that the referenced communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 420 are denied.

421.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The

referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

422. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

423. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

424. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents and telephone call speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

425. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

426. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The

referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

427. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

428. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

429. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

430. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

431. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

432.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

433.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

434.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced testimony speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

435.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

436.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

437.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

438.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

439.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

440.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

441.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

442.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

443.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

444.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

445.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

446.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

447.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

448.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

449.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

450.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents and testimony speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

451.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

452.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

453.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  The referenced testimony speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

454.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

455.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

456.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

457.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

458.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

459.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

460.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

461.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

462.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

463.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

464.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

465.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

466.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

467.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

468.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 468 are denied.

469.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

470.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

471.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 471 are denied.

472.    Admitted in part; denied in part.  eHealth admits that the email sent to Mr. Kinkead contains the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 472 are denied.

473.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The

referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 471 are denied.

474. Admitted in part; denied in part. eHealth admits that the communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 474 are denied.

475. Admitted in part; denied in part. eHealth admits that the communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 475 are denied.

476. Admitted in part; denied in part. eHealth admits that the cited emails contain the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations and therefore such allegations are denied. The referenced documents and recording speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 476 are denied.

477.    Admitted in part; denied in part.  eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 477 are denied.

478.    Admitted in part; denied in part.  eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 478 are denied.

479.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

480.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

481.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents and testimony speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

482.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 482 are denied.

483.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced testimony speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

484.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 484 are denied.

485.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

486.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 486 are denied.

487.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

488.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents and testimony speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 488 are denied.

489.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 489 are denied.

490.    Admitted in part; denied in part.  eHealth admits that the communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this

paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 490 are denied.

491.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 491 are denied.

492.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 492 are denied.

493.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 493 are denied.

494.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied. To the extent this paragraph contains conclusions of law, no response is required. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 494 are denied.

495. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

496. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 496 are denied.

497. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 497 are denied.

498. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of

them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 498 are denied.

499.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 499 are denied.

500.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 500 are denied.

501.    Admitted in part; denied in part.  eHealth admits that the communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 501 are denied.

502.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 502 are denied.

503.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

504.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

505.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 505 are denied.

506.     Admitted in part; denied in part.  eHealth admits that the communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 506 are denied.

507.     Admitted in part; denied in part.  eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.  The referenced documents speak for themselves, and therefore all characterizations of them are

denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 507 are denied.

508. Admitted in part; denied in part. eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 508 are denied.

509. Admitted in part; denied in part. eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 509 are denied.

510. Admitted in part; denied in part. eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 510 are denied.

511. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a

response is required, the allegations are denied. All remaining allegations in Paragraph 511 are denied.

512. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 512 are denied.

513. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 513 are denied.

514. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 514 are denied.

515. Admitted in part; denied in part. eHealth admits that the email sent to Mr. Hakim contain the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a

response is required, the allegations are denied. All remaining allegations in Paragraph 515 are denied.

516.    Admitted in part; denied in part. eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 516 are denied.

517.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 517 are denied.

518.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 518 are denied.

519.    Admitted in part; denied in part. eHealth admits that the emails received and sent by Mr. Hakim contain the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations and therefore such allegations are denied. The

referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 519 are denied.

520.    Admitted in part; denied in part. eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 520 are denied.

521.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 521 are denied.

522.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 522 are denied.

523.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of

them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 523 are denied.

524.    Admitted in part; denied in part.  eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

525.    Admitted in part; denied in part.  eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

526.    Admitted in part; denied in part.  eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 526 are denied.

527.    Admitted in part; denied in part.  eHealth admits that the communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 527 are denied.

528.    Admitted in part; denied in part.  eHealth admits that the communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.

The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

529.    Admitted in part; denied in part.  eHealth admits that the communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

530.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 530 are denied.

531.    Admitted in part; denied in part.  eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 531 are denied.

532.    Admitted in part; denied in part.  eHealth admits that the communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced document speaks

for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 532 are denied.

533.    Admitted in part; denied in part.  eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 533 are denied.

534.    Admitted in part; denied in part.  eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 534 are denied.

535.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 535 are denied.

536.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 536 are denied.

537.   Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 537 are denied.

538.   Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 538 are denied.

539.   Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 539 are denied.

540.   Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 540 are denied.

541.   Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of

them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 541 are denied.

542. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 542 are denied.

543. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 543 are denied.

544. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 544 are denied.

545. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The referenced documents speak for themselves, and therefore all characterizations of them are denied.

To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 544 are denied.

546. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 546 are denied.

547. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 547 are denied.

548. Admitted in part; denied in part. eHealth admits that Mr. Rooney's email contains the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

549. Admitted in part; denied in part. eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.

The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

550.    Admitted in part; denied in part.  eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 550 are denied.

551.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 551 are denied.

552.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 552 are denied.

553.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are

denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 553 are denied.

554.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 554 are denied.

555.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 555 are denied.

556.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 556 are denied.

557.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the

extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 557 are denied.

558.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

559.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

560.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

561.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced testimony speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

562.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of

them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 562 are denied.

563. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

564. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

565. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

566. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 566 are denied.

567. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

568.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced testimony speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

569.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

570.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

571.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

572.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

573.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

574.    Admitted in part; denied in part.  eHealth admits that the communication contains the quoted language but denies that the allegation accurately or fully characterizes the document.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 574 are denied.

575.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 575 are denied.

576.    Admitted in part; denied in part.  eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 576 are denied.

577.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

578.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 578 are denied.

579.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 579 are denied.

580.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 580 are denied.

581.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 581 are denied.

582.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 582 are denied.

583.     Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 583 are denied.

584.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

585.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

586.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

587.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are

denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 587 are denied.

588.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

589.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

590.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

591.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

592.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

593.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

594.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

595.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

596.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

597.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

598.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

599.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

600.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

601.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

602.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

603.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

604.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

605. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

606. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

607. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

608. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

609. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

610.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

611.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

612.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

613.     Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

614.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

615.     Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

616. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

617. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

618. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

619. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

620. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

621. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

622. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

623. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

624. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

625. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

626. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

627. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

628. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

629. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

630. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

631. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

632.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

633.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

634.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

635.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

636.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

637.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

638. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

639. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

640. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

641. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

642. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

643. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

644. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

645. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

646. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

647. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is required, the allegations are denied.

648. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

649.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

650.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

651.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

652.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

653.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

654.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

655.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

656.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

657.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

658.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

659.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

660.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

661.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

662.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

663.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

664.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

665.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

666.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

667.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

668.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

669.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

670.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

671.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

672.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

673.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

674.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

675.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

676.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

677.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

678.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

679.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

680.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

681.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

682.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

683.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

684.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

685.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

686.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

687.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

688.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

689.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

690.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

691.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

692.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

693.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

694.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

695.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

696.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

697.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

698.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

699.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

700.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

701.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

702.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

703.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

704.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

705.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

706.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

707.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

708.    Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

709.    Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the

allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

710.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

711.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

712.    Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

713.    Admitted in part; denied in part. eHealth admits that it received payments from Anthem but lacks knowledge or information sufficient to form a belief as to a specific amount of payment. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 713 are denied.

714.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced documents

speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 714 are denied.

715.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 715 are denied.

716.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 716 are denied.

717.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 717 are denied.

718.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.

To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 718 are denied.

719.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 719 are denied.

720.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 720 are denied.

721.    Admitted in part; denied in part.  eHealth admits that Ms. Dean's email contains the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 721 are denied.

722.    Admitted in part; denied in part.  eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced

document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 722 are denied.

723.    Admitted in part; denied in part.  eHealth admits that Ms. Dean's email contains the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the remaining allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 723 are denied.

724.    Admitted in part; denied in part.  eHealth admits that the communication contains the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 724 are denied.

725.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 725 are denied.

726.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents

speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 726 are denied.

727. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 727 are denied.

728. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 728 are denied.

729. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 729 are denied.

730. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 730 are denied.

731.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 731 are denied.

732.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced document speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 732 are denied.

733.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 733 are denied.

734.    Admitted in part; denied in part.  eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 734 are denied.

735.    Admitted in part; denied in part.  eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document.

eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 735 are denied.

736.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 736 are denied.

737.    Admitted in part; denied in part. eHealth admits that the communications contain the quoted language but denies that the allegation accurately or fully characterizes the document. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 737 are denied.

738.    Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 738 are denied.

739.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents and recordings speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 739 are denied.

740.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 740 are denied.

741.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 741 are denied.

742.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 742 are denied.

743.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 743 are denied.

744.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 744 are denied.

745.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced statement speaks for itself, and therefore all characterizations of it are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 745 are denied.

746.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.

747.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

748.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

749.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 749 are denied.

750.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 750 are denied.

751.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 751 are denied.

752.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of

them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 752 are denied.

753.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 753 are denied.

754.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 754 are denied.

755.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

756.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced document speaks for itself, and any characterizations of it are therefore denied.  To the extent a response is required, the allegations are denied.

757.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied.  The referenced documents

speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 757 are denied.

758. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 758 are denied.

759. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 759 are denied.

760. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 760 are denied.

761. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied.

To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 761 are denied.

762. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

763. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and any characterizations of it are therefore denied. To the extent a response is required, the allegations are denied.

764. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced document speaks for itself, and therefore all characterizations of it are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 764 are denied.

765. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is required, the allegations are denied.

766. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is required, the allegations are denied.

767.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.  Any referenced documents speak for themselves, and any characterizations of them are therefore denied.

768.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.  Any referenced documents speak for themselves, and any characterizations of them are therefore denied.

769.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.  Any referenced documents speak for themselves, and any characterizations of them are therefore denied.

770.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.  Any referenced documents speak for themselves, and any characterizations of them are therefore denied.

771.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.  Any referenced documents speak for themselves, and any characterizations of them are therefore denied.

772. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is required, the allegations are denied. Any referenced documents speak for themselves, and any characterizations of them are therefore denied.

773. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is required, the allegations are denied. Any referenced documents speak for themselves, and any characterizations of them are therefore denied.

774. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is required, the allegations are denied. Any referenced documents speak for themselves, and any characterizations of them are therefore denied.

775. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. To the extent a response is required, the allegations are denied. Any referenced documents speak for themselves, and any characterizations of them are therefore denied.

776. Denied. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent this paragraph contains conclusions of law, no response is required. To the extent a response is required, the allegations are denied. Any referenced documents speak for themselves, and any characterizations of them are therefore denied.

777.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

778.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

779.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

780.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.  Any referenced documents speak for themselves, and any characterizations of them are therefore denied.

781.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is required, the allegations are denied.  Any referenced documents speak for themselves, and any characterizations of them are therefore denied.

782.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 782 are denied.

783.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

784.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents and section of the Code of Federal Regulations speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

785.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

786.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are

denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent this paragraph contains conclusions of law, no response is required.  To the extent a response is required, the allegations are denied.

787.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

788.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 788 are denied.

789.    Denied.  To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

790.    Denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The

referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent this paragraph contains conclusions of law, no response is required. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 790 are denied.

791. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

792. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

793. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth (including but not limited to anonymized beneficiaries), and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 793 are denied.

794. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth (including but not limited to anonymized

beneficiaries), and therefore such allegations are denied. The referenced documents speak for themselves, and therefore all characterizations of them are denied. To the extent a response is required, the allegations are denied. All remaining allegations in Paragraph 794 are denied.

795. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

796. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

797. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

798. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth (including but not limited to anonymized beneficiaries), and therefore such allegations are denied. The referenced documents speak for

themselves, and therefore all characterizations of them are denied.  To the extent a response is required, the allegations are denied.  All remaining allegations in Paragraph 798 are denied.

799.    eHealth incorporates by reference its responses to all paragraphs of this complaint set out above as if fully set forth in this paragraph.

800.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 800 are denied.

801.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 801 are denied.

802.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 802 are denied.

803.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 803 are denied.

804.    eHealth incorporates by reference its responses to all paragraphs of this complaint set out above as if fully set forth in this paragraph.

805.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 805 are denied.

806.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 806 are denied.

807.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

808.    Denied. To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

809.    Denied. To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

810.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 810 are denied.

811.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 811 are denied.

812.    Denied. To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

813.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 813 are denied.

814.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 814 are denied.

815.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties

other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 815 are denied.

816.    eHealth incorporates by reference its responses to all paragraphs of this complaint set out above as if fully set forth in this paragraph.

817.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 817 are denied.

818.    Denied. To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

819.    Denied. To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

820.    Denied. To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

821.    Denied. To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

822.    Denied. To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

823.    Denied as a conclusion of law to which no response is required.  To the extent a response is deemed required, the allegations of Paragraph 823 are denied.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.

824.    Denied. To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

825.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 825 are denied.

826.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 826 are denied.

827.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 827 are denied.

828.    eHealth incorporates by reference its responses to all paragraphs of this complaint set out above as if fully set forth in this paragraph.

829.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 829 are denied.

830.    Denied. To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

831.    Denied. To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The

referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

832.    Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

833.    Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

834.    Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

835.    Denied as a conclusion of law to which no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is deemed required, the allegations of Paragraph 835 are denied.

836.    Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the

allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

837.    Denied as a conclusion of law to which no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is deemed required, the allegations of Paragraph 837 are denied.

838.    Denied as a conclusion of law to which no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is deemed required, the allegations of Paragraph 838 are denied.

839.    Denied as a conclusion of law to which no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is deemed required, the allegations of Paragraph 839 are denied.

840.    eHealth incorporates by reference its responses to all paragraphs of this complaint set out above as if fully set forth in this paragraph.

841.    Denied as a conclusion of law to which no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. To the extent a response is deemed required, the allegations of Paragraph 841 are denied.

842.    Denied as a conclusion of law to which no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties

other than eHealth, and therefore such allegations are denied. Any referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is deemed required, the allegations of Paragraph 842 are denied.

843. Denied as a conclusion of law to which no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. Any referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is deemed required, the allegations of Paragraph 843 are denied.

844. Denied as a conclusion of law to which no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. Any referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is deemed required, the allegations of Paragraph 844 are denied.

845. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

846. Denied. To the extent this paragraph contains conclusions of law, no response is required. eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied. The referenced documents speak for themselves, and any characterizations of them are therefore denied. To the extent a response is required, the allegations are denied.

847.    Denied. To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

848.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 848 are denied.

849.    Denied. To the extent this paragraph contains conclusions of law, no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  The referenced documents speak for themselves, and any characterizations of them are therefore denied.  To the extent a response is required, the allegations are denied.

850.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 850 are denied.

851.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 851 are denied.

852.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 852 are denied.

853.    eHealth incorporates by reference its responses to all paragraphs of this complaint set out above as if fully set forth in this paragraph.

854.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 854 are denied.

855.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 855 are denied.

856.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 856 are denied.

857.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 857 are denied.

858.    eHealth incorporates by reference its responses to all paragraphs of this complaint set out above as if fully set forth in this paragraph.

859.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 859 are denied.

860.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 860 are denied.

861.    Denied as a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 861 are denied.

862.    eHealth incorporates by reference its responses to all paragraphs of this complaint set out above as if fully set forth in this paragraph.

863.    Denied.  No response is required to this paragraph because it is directed solely to a claim dismissed by the Court.  Dkt. 147 at 141–42.  Additionally, this paragraph contains a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 863 are denied.

864.    Denied.  No response is required to this paragraph because it is directed solely to a claim dismissed by the Court.  Dkt. 147 at 141–42.  Additionally, this paragraph contains a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 864 are denied.

865.    Denied.  No response is required to this paragraph because it is directed solely to a claim dismissed by the Court.  Dkt. 147 at 141–42.  Additionally, this paragraph contains a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 865 are denied.

866.    Denied.  No response is required to this paragraph because it is directed solely to a claim dismissed by the Court.  Dkt. 147 at 141–42.  Additionally, this paragraph contains a conclusion of law to which no response is required.  eHealth is without information sufficient to form a belief as to the truth or falsity of the allegations concerning parties other than eHealth, and therefore such allegations are denied.  To the extent a response is deemed required, the allegations of Paragraph 866 are denied.

### **Jury Demand**

To the extent the jury demand is a legal conclusion, no response is required.

### Affirmative Defenses

Pursuant to Federal Rule of Civil Procedure 8(c) and without assuming the burden of proof for any claim or element of a claim that properly lies with the Plaintiff, eHealth sets forth the following affirmative defenses to the Complaint:

1.      Plaintiff's claims are barred, in whole or in part, because the Complaint fails to state a claim against eHealth upon which relief may be granted.

2.      Plaintiff fails to sufficiently plead its allegations under Federal Rules of Civil Procedure 8(a) and 9(b).

3.      Plaintiff's claims are barred because eHealth's actions did not violate the Anti-Kickback Statute.

4.      Plaintiff's claims are barred because eHealth's actions did not violate the False Claims Act.

5.      Plaintiff's claims are barred, in whole or in part, because eHealth's actions were undertaken in good faith and/or in reasonable reliance upon regulatory interpretations and judgments by federal employees or officials upon whom eHealth was entitled to rely.  Further, eHealth's actions constitute lawful, proper, justified, and/or privileged conduct in accordance with the governing statutes and regulations and in accordance with established industry practice.

6.      Plaintiff's claims are barred, in whole or in part, because eHealth's actions fall within the marketing regulations established by the Center for Medicaid and Medicare Services ("CMS").

7.      Plaintiff's claims are barred, in whole or in part, because eHealth's actions were based on an objectively reasonable interpretation of the CMS regulations.  The relevant regulations were, at best, vague and ambiguous and did not warn eHealth away from its interpretation.

8.      Plaintiff's claims are barred, in whole or in part, because eHealth did not act with the requisite scienter within the meaning of the Anti-Kickback Statute or False Claims Act.

9.      Plaintiff's claims are barred, in whole or in part, because eHealth's actions complied with any applicable and/or relevant anti-discrimination laws.

10.     Plaintiff's claims are barred, in whole or in part, because the alleged conduct of eHealth was not material to the payment of any alleged false or fraudulent claims.

11.     Plaintiff's claims are barred, in whole or in part, by the doctrine of consent and/or ratification because representatives from the United States Department of Health and Human Services (HHS) and CMS and affiliated agencies, including individuals with authority to act on behalf of those agencies, knew of the structure and existence of the alleged marketing payments. Despite the open and public nature of these payments, CMS took no action against the Defendant Insurers or eHealth and, with knowledge of relevant facts, continued to reimburse claims throughout the relevant time period.

12.     Plaintiff's claims are barred, in whole or in part, because the claims allegedly submitted or caused to be submitted by eHealth were not false.

13.     Plaintiff's claims are barred, in whole or in part, because eHealth's conduct did not cause or proximately cause any false claim or certification, or the alleged loss and/or damages.

14.     Plaintiff suffered no damages as a result of the conduct alleged in the Complaint.

15.     Plaintiff's claims are barred, in whole or in part, as the occurrences referenced in the Complaint and all damages, if any, resulting therefrom were caused by the acts or omissions of third parties over whom eHealth had no control.

16.     The damages and penalties the Plaintiff seeks should be diminished, reduced, or offset, due to the comparative and/or contributory negligence, fault, responsibility, or causation of others.

17.     Plaintiff's claims are barred, in whole or in part, because eHealth did not make, present, or cause to be presented any false claim, record, or statement to the United States.

18.     Plaintiff's claims are barred, in whole or in part, because Plaintiff's alleged damages and injuries are not attributable to any act, conduct, or omission on the part of eHealth.

19.     Plaintiff's claims are barred, in whole or in part, because the alleged express certifications identified in the Complaint are too general to be the basis for FCA liability.

20.     Plaintiff's claims are barred, in whole or in part, to the extent the statute it seeks to enforce, or the damages and penalties it seeks to recover, violates the United States Constitution, including under the Appointments, Vesting, Take Care, Excessive Fines, and Due Process clauses.

21.     Plaintiff's claims are barred by the First Amendment to the United States Constitution.

22.     Plaintiff's claims are barred by the Fifth Amendment to the United States Constitution.

23.     Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

24.     Plaintiff's claims are barred, in whole or in part, because they stem from Relator Andrew Shea's unlawful theft of privileged and work-product-protected information.

25.     Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

26.     Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

27. Plaintiff's claims are barred, in whole or in part, because the United States failed to mitigate its damages.

28. Plaintiff's claims are barred, in whole or in part, because the beneficiaries were eligible to enroll in Medicare Advantage plans and thus the United States would be unjustly enriched if allowed to recover any portion of the damages alleged in the Complaint.

By alleging the matters set forth in these Affirmative Defenses, eHealth does not allege or admit that it bears the burden of proof and/or persuasion with respect to any of these matters. Some of the defenses listed here may not constitute affirmative defenses and are listed out of an abundance of caution. By listing a defense here, eHealth does not assume an obligation to prove the truth of the matter stated, and instead, some of these defenses may be stating matters that the United States cannot prove or establish as a matter of law or may relate to elements that the United States cannot prove because the facts are otherwise. eHealth's investigation is continuing and it reserves the right to assert such additional affirmative defenses as may be appropriate based on additional information obtained through discovery or otherwise.

**WHEREFORE**, eHealth respectfully requests that the Court dismisses the United States's claims with prejudice, award eHealth the costs and attorneys' fees incurred by it in defending this action, and grant other and further relief as it may deem just and proper.

### <u>Jury Trial Demand</u>

eHealth hereby demands a trial by jury on all claims so triable.

Dated: May 22, 2026                    Respectfully submitted,

*/s/ Zachary R. Hafer*
Zachary R. Hafer (BBO #569389)
Adam M. Katz (BBO #706834)
Timothy J. Conklin (BBO #710857)
Isabel C. McGrath (BBO #712925)

Simpson Thacher & Bartlett LLP
855 Boylston Street
Boston, MA 02116
Telephone: (617) 778-9200
zachary.hafer@stblaw.com
adam.katz@stblaw.com
timothy.conklin@stblaw.com
isabel.mcgrath@stblaw.com

*Counsel to eHealth, Inc. and
eHealthInsurance Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via email on May 22, 2026.

*/s/ Zachary R. Hafer*
Zachary R. Hafer
