**UNITED STATES DISTRICT COURT**
**OF MASSACHUSETTS**

UNITED STATES OF AMERICA
*ex rel.* ANDREW SHEA,

               Plaintiff,

       v.

eHEALTH, INC., et al.,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 21-cv-11777-DJC
Hon. Denise J. Casper

## NOTICE OF APPEARANCE OF MATTHEW M. CURLEY

Please enter the appearance of Matthew M. Curley, whose admission *pro hac vice* was granted in Dkt. No. 176, in the above-captioned matter as counsel for Defendant Humana Inc.

Dated this 2nd day of June, 2026.

Respectfully submitted,

*/s/ Matthew M. Curley*
Matthew M. Curley (admitted *pro hac vice*)
BASS, BERRY & SIMS PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
Telephone: (615) 742-6200
MCurley@bassberry.com

Kelly H. Hibbert (admitted *pro hac vice*)
BASS, BERRY & SIMS PLC
1201 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 827-2950
Kelly.Hibbert@bassberry.com

Troy Barsky (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
tbarsky@crowell.com

Jonathan L. Kotlier (BBO #545491)
Mariel T. Smith (BBO #707742)
NUTTER, MCLENNEN & FISH, LLP
Seaport West, 155 Seaport Blvd.
Boston, MA 02110
Telephone: (617) 439-2000
jkotlier@nutter.com
msmith@nutter.com

*Counsel to Humana Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the registered participants in this matter as identified on the Notice of Electronic Filing.

*/s/ Matthew M. Curley*