**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES *ex rel.* ANDREW SHEA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:21-cv-11777-DJC |
| ) | |
| v. ) | |
| ) | |
| eHEALTH, INC., eHEALTHINSURANCE ) | |
| SERVICES, INC., AETNA LIFE INSURANCE ) | |
| COMPANY, HUMANA INC., WELLCARE ) | |
| HEALTH PLANS, INC., ELEVANCE HEALTH, ) | |
| INC. (f/k/a ANTHEM, INC.), GOHEALTH, INC., ) | |
| and SELECTQUOTE, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF-RELATOR ANDREW SHEA'S NOTICE OF VOLUNTARY DISMISSAL**
**OF NON-INTERVENED CLAIMS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,[1] Relator Andrew

Shea voluntarily dismisses, with prejudice as to Relator and without prejudice as to the United

States, all remaining claims as to which the United States has not intervened. *See* Notice Of The

United States Of Its Election To Intervene In Part, Decline To Intervene In Part, And Not

Intervene At This Time In Part, ECF No. 34.

---

[1] In light of the Court's prior stay orders, *see* ECF Nos. 111, 146, 156, and 174, no party has filed an answer or a motion for summary judgment in response to either of Relator's complaints.

1

Respectfully submitted,

Dated: June 23, 2026                    ANDREW SHEA

By his attorney

/s/ *Gregg Shapiro*
Gregg Shapiro (BBO No. 642069)
Gregg Shapiro Law, LLC
101 Federal Street, Suite 1900
Boston, MA 02110
Tel: 617-582-3875
gshapiro@greggshapirolaw.com

## **Certificate of Service**

I hereby certify that, on June 23, 2026, a copy of the foregoing was served on all counsel of record via ECF.

/s/ *Gregg Shapiro*
Gregg Shapiro

2