**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ANDREW SHEA,<br>Plaintiff,<br>v.<br>eHEALTH, INC., *et al.*,<br>Defendants. | No. 21-cv-11777-DJC |

**JOINT MOTION FOR ENTRY OF THE PARTIES' PROTOCOL RELATING TO THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

In accordance with Federal Rules of Civil Procedure ("Rules") 16, 26, and 34 and Local Rule 16.1, the parties jointly move for entry of the Protocol Relating to the Discovery of Electronically Stored Information (the "ESI Protocol"), executed by the United States and all Defendants on August 25, 2026, and attached hereto as Exhibit A, as an Order of this Court. A proposed Order is submitted herewith.

In support of this Joint Motion and as good cause, the parties state the following: in the Joint Statement, the Government and Defendants stated that they were "negotiating . . . a proposed ESI protocol." Dkt. No. 161 ¶ 2.C.3. Following productive negotiations and conferral, informed by initial discovery requests in both directions, the Government and Defendants agreed upon and executed the ESI Protocol on August 25, 2026. This ESI Protocol reflects the agreement of the Government and Defendants to establish a protocol that helps to facilitate efficient discovery and that meets the requirements of the Court's scheduling and discovery order, Dkt. No. 173, the Local Rules, and the Federal Rules. For example, Rule 34(b)(2)(E) sets forth basic procedures that apply to producing electronically stored information; the ESI Protocol contains greater detail and clarity

on many common issues in civil discovery, ranging from default metadata and production formats (Section III) to agreement on certain aspects of privilege logging (Section IV).

In order to minimize the use of Court resources, first, the ESI Protocol allows that any practice or procedure set forth therein may be varied by written agreement of the parties to the ESI Protocol (Section V.d) and, second, requires that before filing a motion or otherwise seeking relief from the Court regarding compliance with the ESI Protocol, the parties to the ESI Protocol shall confer in good faith (Sections V.d and e).[1]

The United States and Defendants jointly seek the entry of the attached ESI Protocol as an Order of this Court.

---

[1] These sub-sections state, in relevant part:

> (d) Modification . . . [T]o the extent compliance with this Protocol imposes an undue burden, the Parties shall promptly confer in an effort to resolve the issue. Any practice or procedure set forth in this Protocol may be varied by agreement of the Parties, which will be confirmed in writing, where such variance is deemed appropriate to facilitate the timely and economical exchange of electronic data. Any Party that seeks to deviate from or exceed the limits of this Protocol must obtain leave of the Court to do so unless all Parties consent in writing.
>
> (e) Dispute Resolution. The Parties will attempt to resolve disputes regarding compliance with the Protocol prior to filing a motion with the Court or otherwise seeking relief. If the Parties are unable to resolve the dispute after a good faith effort, the Parties may seek Court intervention in accordance with the Court's procedures.

ESI Protocol ¶¶ V.d and e.

Dated: September 2, 2026

Respectfully submitted,

Leah B. Foley
United States Attorney

*/s/ Charles B. Weinograd*
Abraham R. George
Charles B. Weinograd
Julien M. Mundele
Hillary Harnett
Assistant United States Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Abraham.George@usdoj.gov
Charles.Weinograd@usdoj.gov
Julien.Mundele@usdoj.gov
Hillary.Harnett@usdoj.gov

*Counsel for the United States*

Brett A. Shumate
Assistant Attorney General
Civil Division

*/s/ David G. Miller*
Jamie Ann Yavelberg
Edward C. Crooke
David G. Miller
Anna H. Jugo
Diana E. Curtis
Laurie A. Oberembt
Paden Gallagher
Attorneys, Civil Division
U.S. Department of Justice
175 N Street N.E.
Washington, DC 20002
(202) 305-2335
David.G.Miller@usdoj.gov
Anna.H.Jugo@usdoj.gov
Diana.E.Curtis@usdoj.gov
*Counsel for the United States*

*/s/ Zachary R. Hafer*
Zachary R. Hafer (BBO #569389)
Adam M. Katz (BBO #706834)
Timothy J. Conklin (BBO #710857)
Isabel C. McGrath (BBO #712925)
Simpson Thacher & Bartlett LLP
855 Boylston Street
Boston, MA 02116
Telephone: (617) 778-9200
zachary.hafer@stblaw.com
adam.katz@stblaw.com
timothy.conklin@stblaw.com
isabel.mcgrath@stblaw.com
*Counsel to eHealth, Inc. and eHealthInsurance Services, Inc.*

*/s/ Holly M. Conley*
Enu Mainigi (*pro hac vice*)
Kenneth Brown (*pro hac vice*)
Holly M. Conley (*pro hac vice*)
Benjamin Hazelwood (*pro hac vice*)
Jeffrey G. Ho (BBO #714047)
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
emainigi@wc.com
kbrown@wc.com
hconley@wc.com
bhazelwood@wc.com
jho@wc.com
*Counsel to CVS Health Corporation, Aetna Life Insurance Company, and Aetna Inc.*

/s/ *Kelly Hibbert*
Kelly H. Hibbert (*pro hac vice*)
Emily Farmer (*pro hac vice*)
Bass, Berry & Sims PLC
1201 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 827-2992
Kelly.Hibbert@bassberry.com
Emily.Farmer@bassberry.com

Matthew M. Curley (*pro hac vice*)
Scott D. Gallisdorfer (*pro hac vice*)
Rebecca L. Guthrie (*pro hac vice*)
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
Telephone: (615) 742-6200
MCurley@bassberry.com
Scott.Gallisdorfer@bassberry.com
Rebecca.Guthrie@bassberry.com
*Counsel to Humana Inc.*

/s/ *Lisa M. Noller*
Lisa M. Noller (*pro hac vice*)
Patrick J. McMahon (*pro hac vice*)
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4500
lnoller@foley.com
pmcmahon@foley.com

Jamie Steven (BBO #705904)
Foley & Lardner LLP
111 Huntington Avenue, Suite 2500
Boston, Massachusetts 02199
Telephone: (617) 342-4000
jsteven@foley.com
*Counsel to Elevance Health, Inc.*

/s/ *Clay Lee*
Erik W. Weibust (BBO #663270)
Clay Lee (*pro hac vice*)
Epstein Becker & Green PC
One Financial Center, Suite 1520
Boston, MA 02111
Telephone: (617) 603-1090
eweibust@ebglaw.com
ctlee@ebglaw.com
*Counsel to SelectQuote, Inc.*

Richard Westling (*pro hac vice*)
Proskauer Rose, LLP
1001 Pennsylvania Ave., NW,
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-5876
rwestling@proskauer.com
*Counsel to SelectQuote, Inc*

/s/ *Jonathan L. Kotlier*
Jonathan L. Kotlier (BBO #545491)
Nutter, McLennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, MA 02110
Telephone: (617) 439-2000
jkotlier@nutter.com
*Counsel to Humana, Inc.*

/s/ *Laura McLane*
Laura McLane (BBO #644573)
David Gacioch (BBO #660784)
Mara Theophila (BBO #704763)
Natasha Dobrott (BBO #705287)
McDermott Will & Schulte LLP
200 Clarendon Street, 58th Floor
Boston, MA 02116
Telephone: (617) 535-4410
lmclane@mwe.com
dgacioch@mwe.com
mtheophila@mwe.com
ndobrott@mwe.com
*Counsel to GoHealth, Inc.*